# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

**v.**                   **Case No. 4:14-cr-00121-01 KGB**

**NATHANIEL SMITH, IV**                                              **DEFENDANT**

## ORDER

Pending is defendant Nathaniel Smith's unopposed motion to continue sentencing (Dkt. No. 64). For good cause shown, the motion is granted.

The sentencing hearing in this matter is removed from this Court's calendar for Thursday, July 23, 2015, and is rescheduled for Thursday, August 27, 2015 at 10:00 a.m.

It is so ordered this 22nd day of July, 2015.

_____
Kristine G. Baker
United States District Judge